NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1201

NINESTAR TECHNOLOGY CO., LTD., NINESTAR TECHNOLOGY COMPANY, LTD.,
TOWN SKY, INC.,

Appellants,

and

DATAPRODUCTS USA, LLC,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

EPSON PORTLAND INC., EPSON AMERICA, INC., AND SEIKO EPSON
CORPORATION,

Intervenors.

Edward F. O'Connor, The Eclipse Group LLP, of Irvine, California, argued for all appellants.

Wayne W. Herrington, Assistant General Counsel, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the brief were James M. Lyons, General Counsel, and Michael K. Haldenstein, Attorney.

Harold A. Barza, Quinn Emanuel Urquhart Oliver & Hedges, LLP, of Los Angeles, California, argued for intervenors. With him on the brief were Tigran Guledjian and Aaron B. Craig; and Sanford I. Weisburst, of New York, New York. Of counsel on the brief were Louis S. Mastriani and Michael L. Doane, Adduci, Mastriani, & Schaumberg L.L.P., of Washington, DC.

Appealed from: United States International Trade Commission

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1201

NINESTAR TECHNOLOGY CO., LTD., NINESTAR TECHNOLOGY COMPANY, LTD., TOWN SKY, INC.,

Appellants,

and

DATAPRODUCTS USA, LLC,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

EPSON PORTLAND INC., EPSON AMERICA, INC., AND SEIKO EPSON CORPORATION,

Intervenors.

# Judgment

ON APPEAL from the      United States International Trade Commission

in CASE NO(S).      337-TA-565

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, SCHALL and PROST, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED January 13, 2009      /s/ Jan Horbaly
                            Jan Horbaly, Clerk